IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JARED ROSTRO and
ERIC THRELKELD,

      Plaintiffs,

v.                                             Case No. 2:24-cv-00055 KG/JHR

BOARD OF COUNTY COMMISSIONERS
OF EDDY COUNTY,
ROXANN BRANNON, and
JACQUELINE LUCAS,

      Defendants.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COUNT II'S CLAIM FOR WRONGFUL DISCLOSURE**

**THIS MATTER** having come before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss Count II's Claim for Wrongful Disclosure, noting that all parties stipulate to relief requested, the Court finds that this Motion is well taken.

**IT IS HEREBY ORDERED** that the Plaintiffs are granted through and including May 31, 2025, in which to respond to Defendants Board of County Commissioners of Eddy County, Roxann Brannon, and Jacqueline Lucas' Motion to Dismiss Count II's Claim for Wrongful Disclosure Under The New Mexico Inspection of Public Records Act.

                                             /s/ KENNETH J. GONZALES[1]
                                           CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| **575 LAW GROUP, LLC** | **MYNATT SPRINGER, P.C.** |

*/s/ Roxanne R. Rodriguez*  _____

Roxanne R. Rodriguez  
310 N. Canyon  
Carlsbad, NM 88220  
(575) 628-8248  
roxanne@575lawgroup.com

**BLENDEN LAW FIRM**  
Dick Blenden  
211 W. Mermod  
Carlsbad, NM 88220  
(575) 887-2071  
dblenden@pvtnetworks.net

*Attorneys for Plaintiffs*

Blaine Mynatt  
Haley Grant  
1660 Hickory Loop  
Las Cruces, NM 88004  
(575) 524-8812  
btm@mynattspringer.com  
hrg@mynattspringer.com

*Attorneys for Defendants*