IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JARED ROSTRO and**
**ERIC THRELKELD,**

      Plaintiffs,

v.                                                                                  Case No. 2:24-CV-00055-KG-JHR

**BOARD OF COUNTY COMMISSIONERS**
**OF EDDY COUNTY,**
**ROXANN BRANNON, and**
**JACQUELINE LUCAS,**

      Defendants.

**STIPULATED ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS BOARD OF COMMISSIONERS OF EDDY COUNTY, ROXANN BRANNON, AND JACQUELINE LUCAS WITH PREJUDICE**

    THIS MATTER comes before the Court on the Joint Motion to Dismiss Defendants Board of Commissioners of Eddy County, Roxann Brannon, and Jacqueline Lucas with Prejudice seeking dismissal with prejudice of all claims brought by Plaintiff Jared Rostro and Eric Threlkeld. As grounds thereof, the Parties state that they have resolved this matter.

    IT IS THEREFORE ORDERED that all claims against Defendants are hereby dismissed with prejudice.

                                        /s/ KENNETH J. GONZALES[1]
                                        CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

Respectfully submitted,

MYNATT SPRINGER P.C.

_/s/ signature_
BLAINE T. MYNATT
New Mexico Bar No. 9471
HALEY R. GRANT
New Mexico Bar No. 145671
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
hrg@mynattspringer.com
*Attorneys for Defendants County Commissioners
of Eddy County, Roxann Brannon, and Jacqueline Lucas*

Approved:

575 LAW GROUP, LLC

*/s/Approved via email June 5, 2025*_____
ROXANNE R. RODRIGUEZ
310 N. Canyon
Carlsbad, NM 88220
(575) 628-8248
roxanne@575lawgroup.com


BLENDEN LAW FIRM
Dick Blenden
211 W. Mermod
Carlsbad, NM 88220
(575) 887-2071
dblenden@pvtnetworks.net
*Attorneys for Plaintiff*

Stipulated Order Granting
Motion to Dismiss